United States District Court
Southern District of Texas
**ENTERED**
August 10, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ROSA E. MUNOZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:15-CV-144** |
| | § | |
| **LAREDO TRANSIT MANAGEMENT,** | § | |
| **INC.,** *et al.*, | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court has reviewed the file in the above-captioned matter, specifically the Report and Recommendation of the United States Magistrate Judge (Dkt. 65), wherein the Magistrate Judges recommends that the Court dismiss Plaintiff's claims against Defendant International Brotherhood of Teamsters Local 657 for Plaintiff's failure to serve Defendant Teamsters within the timeframe allotted by Rule 4(m) of the Federal Rules of Civil Procedure.

Noting no objection by Plaintiff, the findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation are hereby ACCEPTED. Accordingly, Plaintiff's claims against Defendant Teamsters (Dkt. 34) are hereby DISMISSED without prejudice.

IT IS SO ORDERED.

SIGNED this 9th day of August, 2017.

_____
Diana Saldaña
United States District Judge